**EXHIBIT**

**1**

IN THE CIRCUIT COURT IN AND FOR PINELLAS COUNTY, FLORIDA

Case No.: _____

SARAH KURTRIGHT,

    Plaintiff,

vs.

HORACE MANN INSURANCE COMPANY,
a foreign profit corporation authorized to conduct business in Florida,

    Defendant.

_____

## COMPLAINT

The Plaintiff, SARAH KURTRIGHT, sues Defendant, HORACE MANN INSURANCE COMPANY, a foreign profit corporation authorized to conduct business in Florida, and alleges as follows:

1. This is an action for damages exceeding the sum of Fifty Thousand and No/100 Dollars ($50,000.00), exclusive of costs and interest.

2. At all times material to this cause of action, the Plaintiff, SARAH KURTRIGHT (hereinafter "PLAINTIFF"), was a resident of Clearwater, Pinellas County, Florida.

3. At all times material to this cause of action, HORACE MANN INSURANCE COMPANY (hereinafter "HORACE MANN"), was and is a foreign profit corporation authorized to conduct business in Florida and a business entity practicing and/or conducting business, including selling insurance, in Pinellas County, Florida.

4. On or about August 17, 2023, at approximately 4:00 p.m., PLAINTIFF owned and operated a motor vehicle, traveling westbound on Meadow Wood Drive approaching its intersection with Hyde Park Drive, in Clearwater, Pinellas County, Florida.

5. At that same date, time, and place, Ricardo Anthony Carrillo, an "uninsured/underinsured" motorist, owned an "uninsured/underinsured" motor vehicle, traveling westbound on Meadow Wood Drive, directly ahead of PLAINTIFF'S vehicle and made a right-hand turn onto Hyde Park Drive.

6. At that same date, time, and place, Ricardo Anthony Carrillo, negligently and carelessly operated and/or maintained his motor vehicle, by suddenly and unexpectedly changing his mind and turning back onto westbound Meadow Wood Drive.

7. At that same date, time, and place, Ricardo Anthony Carrillo, negligently and carelessly failed to yield to PLAINTIFF'S oncoming vehicle, violated PLAINTIFF'S right of way, and caused the front of his vehicle to strike the right front fender of PLAINTIFF'S vehicle, directly and proximately causing injuries and damages to PLAINTIFF, as hereinafter more particularly set forth.

8. Prior to and on August 17, 2023, PLAINTIFF was a party to a contract of automobile insurance providing "uninsured/underinsured motorist" (UM) coverage with HORACE MANN, which was in full force and effect on August 17, 2023. On August 17, 2023, PLAINTIFF was entitled to UM benefits under this policy. (A copy of the insurance policy was requested from, but was not provided by, the Defendant, HORACE MANN, and therefore, is not attached.)

9. At the time of the motor vehicle collision, the party responsible for causing the collision, Ricardo Anthony Carrillo, was an "uninsured/underinsured" motorist, in that he was operating a motor vehicle which had a policy of insurance providing bodily injury liability coverage limits less than PLAINTIFF'S total damages.

10. All conditions precedent to this cause of action have occurred.

11. As a direct and proximate result of the aforesaid negligence of the "uninsured/underinsured" motorist, Ricardo Anthony Carrillo, the PLAINTIFF was severely, significantly, and permanently injured within a reasonable degree of medical probability in and about her head, neck, body, limbs, and nervous system; has been permanently and significantly scarred and/or disfigured; has incurred a significant and permanent loss of bodily functions; and has suffered a permanent aggravation of pre-existing conditions. As a further direct and proximate result of the uninsured/underinsured motorist's negligence, PLAINTIFF has suffered extreme pain and suffering, disability, physical impairment, mental anguish, inconvenience, and loss of capacity for the enjoyment of life, and will so suffer in the future. As a further direct and proximate result of PLAINTIFF'S injuries, PLAINTIFF has in the past and will in the future be obligated to pay large sums of money for doctors' bills, hospital bills, and other directly and indirectly related expenses in an effort to alleviate her suffering and cure her injuries. PLAINTIFF has also suffered a loss of earnings in the past as a result of her injuries and has incurred a diminishment of her earning capacity which will continue in the future. PLAINTIFF has in the past and will in the future be unable to lead and enjoy a normal life as a result of these injuries. All of PLAINTIFF'S losses are either permanent or continuing, and PLAINTIFF will suffer these losses in the future.

12. HORACE MANN has failed and/or refused to provide PLAINTIFF with compensation for damages proximately caused by the aforesaid motor vehicle collision, pursuant to its policy of automobile insurance, providing "uninsured/underinsured" motorist coverage.

WHEREFORE, the Plaintiff, SARAH KURTRIGHT, sues Defendant, HORACE MANN INSURANCE COMPANY, a foreign profit corporation authorized to conduct business in Florida, and demands judgment for damages in excess of Fifty Thousand and No/100 Dollars ($50,000.00),

exclusive of costs, together with the costs of this action, and further requests trial by jury of all issues triable as of right by jury.

## DESIGNATION OF EMAIL ADDRESSES FOR SERVICE ON PLAINTIFF PURSUANT TO FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.516

Pursuant to Florida Rule of Judicial Administration 2.516, Plaintiff hereby designates the undersigned attorneys' primary email addresses and secondary email address for service of all pleadings, documents, and correspondence in this matter, so that all attorneys may comply with Florida Rule of Judicial Administration 2.516, as follows:

Primary Email Addresses:   Tim@IngramInjuryLaw.com
TimJr@IngramInjuryLaw.com
Megan@IngramInjuryLaw.com

Secondary Email Address:   Heide@IngramInjuryLaw.com

INGRAM INJURY LAW, P.A.

_____
**Timothy M. Ingram, Esquire, B.C.S.**
FBN: 562114
**Timothy M. Ingram, Jr., Esquire**
FBN: 1018076
**Megan E. Ingram, Esquire**
FBN: 1039393
2201 N.E. Coachman Road, Suite 102
Clearwater, Florida 33765
Ph: (727) 723-9800   Fax: (727) 723-9866
Primary:   Tim@IngramInjuryLaw.com
Primary:   TimJr@IngramInjuryLaw.com
Primary:   Megan@IngramInjuryLaw.com
Secondary: Heide@IngramInjuryLaw.com
Attorneys for Plaintiff